

60 Broadhollow Road
3rd Floor
Melville, NY 11747
Tel: 516-939-9200
Fax: 516-939-9201

www.DefenseCounsel.com

E-mail: tdarmody@defensecounsel.com
File No. 2112.0038

July 30, 2025

**MEMO ENDORSED**
at page 2

<u>*Via ECF Filing Only*</u>
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

    RE:    **JAIME ESTEBAN ROSAS BELTRAN, MARIA INMACULADA BELTRAN CRUZ and MAYRA KATHERINE NOVOA MORAN v. HECTOR B. MELO RAMIREZ and K&J GERMAN TRANS LLC**
           **Case no. 1:25-cv-02822**

Dear Honorable Sir:

    My office represents the defendants in the captioned matter, which is scheduled for an Initial Conference via telephone tomorrow, July 31, 2025. I have been contacted by counsel for the plaintiff and they have requested that this conference be adjourned, as the case is in the process of being transferred to new trial counsel, which has prevented us from having any pre-conference discussion concerning discovery. My office consents to this request.

    Plaintiff's counsel has asked that my office make the request, as they are unable to currently do so due to the pending transfer and we are willing to accommodate them. Please advise if Plaintiff's request is granted.

    Thank you for your courtesy and cooperation in this matter.

                          Respectfully yours,

                          *Thomas G. Darmody*

                        THOMAS G. DARMODY (TGD 8368)

July 30, 2025
Page 2

TGD/bms

cc: Rachel Yusupov, Esq.
RACHEL YUSUPOV LAW GROUP

> The telephonic initial conference is adjourned to August 13, 2025 at 11:30 AM. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conferences start time. Defendants are directed to serve Plaintiffs with a copy of this order. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 30, 2025
> New York, New York